# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER,
Appellant,
vs.
DANIEL WIESNER AS AN EMPLOYEE
OF LAS VEGAS VALLEY WATER
DISTRICT; JERRA STEWART AS AN
EMPLOYEE OF EBO REAL ESTATE;
PRUDENTIAL REAL ESTATE;
REPUBLIC WESTERN; SOUTHWEST
MEDICAL ASSOCIATES, INC.; CLARK
COUNTY; AND CITY OF LAS VEGAS,
Respondents.

No. 65446

FILED

SEP 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This proper person appeal was docketed in this court on April 17, 2014, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the required filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice regarding the fee. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Jani Y Jindu_

---

[1]In light of this disposition, any pending motions or documents are rendered moot.

16-29754

cc: Hon. Douglas Smith, District Judge
DeAnn Justine Wiesner
Clark County District Attorney
Daniel Allan Wiesner
Upson Smith/Las Vegas
Jerra Stewart
Law Office of Vicki L. Driscoll
Eighth District Court Clerk